ARCHIBALD B. BARKER, Appellant, v. LIBERTY BANK OF JAMESTOWN, N. Y., Respondent.

*Banks and banking — bills, notes and checks — action to recover balance of deposit in bank — defense that deposit was made as collateral security for payment of note made by president of depositor for its benefit — undisclosed principal.*

*Barker* v. *Liberty Nat. Bank of Jamestown,* 213 App. Div. 846, affirmed.

(Argued May 15, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1925, affirming a judgment in favor of defendant entered upon the report of a referee. The action was to recover a balance unpaid of a deposit made with defendant by a Canadian bank, plaintiff's assignor. The defense was that the deposit was made as collateral security for the payment of a note made by the president of the Canadian bank with the knowledge and for the benefit of said bank which was the undisclosed principal in the transaction and received the proceeds of the loan.

*John S. Leonard* and *Louis L. Thrasher* for appellant.

*Lee L. Ottaway* and *McKinley L. Phillips* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FALKENAU & HAMERSHLAG, INC., Appellant, v. WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

*New York city — Zoning Law — determination of board of appeals refusing, in the exercise of discretion, permit to build garage, sustained.*

*People ex rel. Falkenau & Hamershlag, Inc.,* v. *Walsh,* 214 App. Div 705, affirmed.

(Argued June 2, 1925; decided July 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1925, which reversed an order of Special Term

sustaining a writ of certiorari and annulling a determination of the board of appeals of the city of New York refusing the relator a permit to build a garage on the easterly side of Jerome avenue, north of One Hundred and Eighty-third street in the borough of The Bronx. It was contended that the decision of the board of appeals denying a permit to the relator after granting permits to other property owners to erect garages in the same vicinity was a clear abuse of discretion.

*Horace S. Manges* and *Abram I. Elkus* for appellant.

*George P. Nicholson, Corporation Counsel* (*John F. O'Brien, Willard S. Allen* and *William T. Kennedy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS
J. WERNER, Appellant, *v.* WILLIAM E. WALSH et al.,
Constituting the Board of Appeals of the City of New
York, Respondents.

*New York city — Zoning Law — determination of board of appeals refusing, in the exercise of discretion, permit to build garage, sustained.*

*People ex rel. Werner* v. *Walsh*, 212 App. Div. 635, affirmed.

(Argued June 2, 1925; decided July 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1925, which reversed an order of Special Term sustaining a writ of certiorari and annulling a determination of the board of appeals of the city of New York refusing the relator a permit to build a garage on the easterly side of Jerome avenue between One Hundred and Eighty-third and One Hundred and Eighty-fourth streets in the borough of The Bronx. It was contended that the decision of the board of appeals denying a permit to the relator after granting permits to other property owners to erect garages in the same vicinity was a clear abuse of discretion.

44